■ LAURIE LEPINSKIE, Appellant, v FELICIA GANT et al., Respondents. [649 NYS2d 876] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Callahan, Balio and Boehm, JJ.